UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
-------------------------------------------------------------------X
Yael Uriel,

                Plaintiff,                Civil Action No.:_____

      -against-

National Credit Adjusters, LLC.               **COMPLAINT AND DEMAND**
                                                                **FOR TRIAL BY JURY**

                Defendant.
-------------------------------------------------------------------X

    Plaintiff Yael Uriel ("Plaintiff"), by and through her attorneys, Fredrick Schulman & Associates, as and for her Complaint against Defendant National Credit Adjusters, LLC. ("Defendant"), respectfully sets forth, complains and alleges the following:

### INTRODUCTION

1.    Plaintiff brings this action for damages, declaratory and injunctive relief arising from the Defendant's violations of Sec. 1692 *et seq.* of Title 15 of the United States Code, commonly referred to as the Fair Debt Collections Practices Act ("FDCPA").

### JURISDICTION AND VENUE

2.    Jurisdiction of this court arises under 28 U.S.C. §1331, as well as 15 U.S.C. §1692 *et seq.* and 28 U.S.C. §2201. If applicable, the Court also has pendant jurisdiction over the State law claims in this action pursuant to 28 U.S.C. §1367(a).

3.    Venue is proper in this judicial district pursuant to 28 U.S.C. §1391 (b)(2).

## PARTIES

4. Plaintiff is a natural person residing in the County of Broward, and State of Florida, maintaining her residence at 4020 North Hills Drive Apt #8, Hollywood, Florida 33021.

5. Upon information and belief, Defendant is a collection company organized as a limited liability company, incorporated and organized under the laws of the State of Kansas.

6. Upon further information and belief, defendant maintains its principal place of business at 327 W. Fourth Street, Hutchinson, Kansas 67501, and, upon information and belief, is authorized to do business in the State of Florida.

7. Defendant regularly attempts to collect debts alleged to be due to another.

8. The acts of the defendant alleged hereinafter were performed by its employees acting within the scope of their actual or apparent authority.

9. All references to Defendant herein, shall mean the Defendant or an employee of the Defendant.

10. Defendant is a "debt collector" as that tem is defined and used by 15 U.S.C. §1692a(6).

## FACTUAL ALLEGATIONS

11. Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "10" herein with the same force and effect as if the same were set forth at length herein.

12. On information and belief, on a date better known to Defendant, Defendant began collection activities on an alleged consumer debt from the Plaintiff ("Alleged Debt").

13. In or about May 2012, Defendant called Plaintiff in an attempt to collect the Alleged Debt.

14. During said phone call, Defendant threatened to take actions in accordance with State and Federal laws against Plaintiff. (See transcript attached hereto as "Exhibit A")

15. In addition, during said phone call, Defendant stated that no settlement was available for the Alleged Debt, but then indicated that there might be an available settlement. Upon information and belief, this misrepresentation was intentional in attempt to coerce Plaintiff into paying the Alleged Debt.

16. Furthermore, Defendant stated that the longer Plaintiff waits to pay, the higher the balance on the account will be.

17. Said actions by Defendant violated 15 U.S.C. §1692e, which prohibits the use of any false, deceptive or misleading representation or means in attempting to collect a debt.

18. Said actions by Defendant violated 15 U.S.C. §1692e(5) which prohibits threatening to take any action that cannot legally be taken and/or that is not intended to be taken.

19. Said actions by Defendant violated 15 U.S.C. §1692e(10), which prohibits the use of any false representation or deceptive means in order to collect a debt or obtain information about a consumer.

20. As a result of Defendant's deceptive, misleading and unfair debt collection practices, Plaintiff has been damaged.

## FIRST CAUSE OF ACTION
### (Violations of 15 U.S.C. § 1692e)

21. Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "20" herein with the same force and effect as if the same were set forth at length herein.

22. Defendant's conduct as described in this complaint violated the Fair Debt Collection Practices Act 15 U.S.C. §1692e by using false, deceptive, misleading representations or means in connection with collecting the Alleged Debt.

23. As a result of Defendant's violation of the FDCPA, Plaintiff has been damaged, and is entitled to statutory damages and all costs and reasonable attorney's fees pursuant to the relevant provision of the FDCPA.

## SECOND CAUSE OF ACTION
### (Violation of 15 U.S.C. § 1692e(5))

24. Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "23" herein with the same force and effect as if the same were set forth at length herein.

25. Defendant's conduct violated 15 U.S.C. §1692e(5) in that Defendant threatened to take legal action it did not intend to take against Plaintiff, and had no legal rights to take against Plaintiff.

26. As a result of the Defendant's violation of the FDCPA, the Plaintiff has been damaged and is entitled to statutory damages, actual damages, and all costs and reasonable attorney's fees pursuant to the relevant provisions of the FDCPA.

## THIRD CAUSE OF ACTION
### (Violation of 15 U.S.C. § 1692e(10))

27. Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "26" herein with the same force and effect as if the same were set forth at length herein.

28. Defendant's conduct violated 15 U.S.C. §1692e(10) in that Defendants used false representation and deceptive means in attempt to collect the Alleged Debt, by stating that the amount of the debt will increase with time, and that while there is no settlement offer, Defendant still discussed settlement to coerce Plaintiff into paying for the Alleged Debt.

29. As a result of the Defendant's violation of the FDCPA, Plaintiff has been damaged and is entitled to statutory damages, actual damages, and all costs and reasonable attorney's fees pursuant to the relevant provisions of the FDCPA.

## DEMAND FOR TRIAL BY JURY

30. Plaintiff demands and hereby respectfully requests a trial by jury for all claims and issues this complaint to which plaintiff is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Yael Uriel demands judgment from Defendant National Credit Adjusters, LLC, as follows:

A. For actual damages provided and pursuant to 15 USC Sec. 1692k(a)(1);

B. For statutory damages provided and pursuant to 15 USC Sec.1692k(2)(A):

C. For attorneys' fees and costs provided and pursuant to 15 USC Sec. 1692k(a)(3);

D. A declaration that the Defendants' practices violated the FDCPA; and,

E.  For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court may deem just and proper.

Dated: New York, New York
February 14, 2013

Respectfully submitted,

By: ___s/ Jerald Alan Belofsky_____
JERALD ALAN BELOFSKY, ESQ.(249262)
Fredrick Schulman & Associates
Attorneys at Law
Attorney for Plaintiff
30 East 29TH Street
New York, New York 10016
(212) 796-6053
(212) 951-7379
info@fschulman.com

# EXHIBIT A

Exhibit A transcript

Thank you for calling. Para espanol a prima a tres. In the event you have recently been served a court summons in regards to a law suit from this office please ask to speak with someone in the legal outsourcing department This call maybe recorded for quality assurance purposes. If you know your NCA reference number please press one. If you know your party's extension please dial it now. For a directory of extensions please press the pound key. Otherwise please hold on the line or dial zero for the operator.
[Pause]
Collector: Hi this is Jin how may I help you?
Caller: Yes I'm calling about an account.
Collector: Ok do you have a reference number sir?
Caller: No can I give you a social?
Collector: Sure go ahead.
Caller: xxx xx 3226.
Collector: You said 3226?
Caller: Yup.
Collector: And may I ask who I'm speaking with?
Caller: Yael Uriel.
Collector: And what can I do for you sir?
Caller: Um I'm trying to figure out about this account.
Collector: ok and, what were you looking at, on this account?
Caller: Hm?
Collector: What were you looking at, on this account? What are you trying to find out?
Caller: To settle this.
Collector: Huh? You wanted to settle it?
Caller: Yeah.
Collector: Alright now I just need inform you about federal law this is an attempt to collect a debt and any and all information obtained is used for that purpose and we do record and monitor the call for the protection of you as well as National Credit Adjusters. Now you are still currently at this 4020 North Hills Drive apartment 8 in Hollywood Florida 33021?
Caller: Mhm.
Collector: And what were you trying to ugh what are you looking at to settle this account with?
L Caller: like 50% of the balance.
Collector: what's that?
Caller: Like 50% of the balance.
Collector: 60%?
Caller: 50. 5-0.
Collector: 50% alright and when would those funds be available?
Caller: Next few days.
Collector: in The next few days?
Caller: Mhm.
Collector: Ok do you know exactly when because to get the settlement approved I have to go to my manager and see what they will allow.
Caller: Um exactly when, today is Tuesday I'd say before the end of the week.
Collector: Ok give me just a second and let me speak to my manager, now where did you get our number from?
Caller: Where I got your number from?
Collector: Yeah how did you receive our number? regaurding your account
Caller: From my credit report.
Collector: Alright give me just a second ok? [Pause] Now Mr. Uriel? Sir?
Caller: Yes?
Collector: Due to the status of your account there is no settlement available.
Caller: What is that supposed to mean?
Collector: well with the status of the account and how long its been in our office and this is the first time your getting in contact with us we're not at any discussion to offer you a settlement. Which means the balance is due in full. I even took the account to my manager to see what we can do for you.
Caller: Ok, ok so I am going to wait another year.
Collector: Huh?

Page 1

Exhibit A transcript

Caller: I'll wait another year.
Collector: Why are you going to wait another year sir? the longer, the payments go on this account the higher the balance gets. [Pause] Now sir you don't have another year regarding this account because it's actually getting processed to be for that to [cannot hear] be forge your account out for further action in accordance with all state and federal laws.
Caller: Ok thank you very much. I offer 50% you don't want to take it. You call me when you change your mind. Ok?
Collector: No sir theres going to be no call backs we've had this account in our office since 2009 and your just now getting in touch with us.
[Talking over each other]
Caller: I'm trying to do some things right now, and i need, I'm trying to clean my name up.
Collector: Ok well to do that this is going to be one of those accounts you need to get taken care of. Correct?
Caller: Yea but if you don't wana I don't have 11-12 thousand dollars right now so thank you very much.
Collector: Ok so what do you have available?
Caller: I already told you 50%.
Collector: Well 50% is not an option sir.
Caller: Ok.
Collector: we've had the account in our office since 2009.
Caller: Ok thank you very much.
Collector: And you're just not getting in touch with us.
Caller: Right thank you very much. Have a good day
Collector: Have a good day.
caller: you too.

Page 2